THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD BROWN, Appellant, v JAMES CONWAY, as Superintendent of Attica Correctional Facility, Respondent.

Submitted November 27, 2006; decided January 16, 2007

Motion for leave to appeal dismissed upon the ground that this motion for leave to appeal does not lie from the order of the individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602). Motion for poor person relief dismissed as academic.

In the Matter of DONALD SCHUPAK, Appellant, v ZONING BOARD OF APPEALS OF THE TOWN OF MARBLETOWN et al., Respondents.

Submitted November 20, 2006; decided January 16, 2007

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's dismissal of the petition, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining part of the Appellate Division order does not finally determine the proceeding within the meaning of the Constitution.